Commonwealth *v.* Iannoccio, Appellant.

Submitted November 8, 1971. *J. Graham Sale, Jr.,* Assistant Public Defender, and *George H. Ross,* Public Defender, for appellant; *Carol Mary Los* and *Robert L. Campbell,* Assistant District Attorneys, and *Robert W.*

*Duggan,* District Attorney, for Commonwealth, appellee.

Order affirmed.